**FILED**

MAR 23 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-4-12-70311 MAG (DMR) |
| Plaintiff, ) | |
| ) | DETENTION ORDER |
| v. ) | |
| ) | |
| LAMAR DASHAN WILLIAMS, ) | |
| Defendant. ) | |

**I. DETENTION ORDER**

Defendant Lamar Dashan Williams is charged in a criminal complaint with violations of 21 U.S.C. §§ 846 and 841(b)(1)(B)(i) (conspiracy to distribute, and possession with intent to distribute heroin). On March 20, 2012, the United States moved for Mr. Williams' detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study.

On March 23, 2012, Defendant waived the timing of his right to proffer information in support of his pretrial release, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine

DETENTION ORDER
CR 4-12-70311 MAG (DMR)             1

adverse witnesses, and to present information by proffer or otherwise), and retained his right to make a proffer at a later proceeding.

Based on the information currently available, the court finds clear and convincing evidence that Mr. Williams presents a danger to the community, and that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person or the community.  18 U.S.C.  § 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Williams at this time.  Because Defendant waived the timing of his right to present information under 18 U.S.C. § 3142(f) without prejudice, the Court orders that the hearing may be rescheduled at Defendant's request.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: March 23, 2012

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 12-70311 MAG (DMR)                               2